DOMETILLE DENISON, Individually and as Trustee under the Will of NOEL J. BECAR, Deceased, Respondent, *v.* WILLIAM R. DENISON et al., Appellants, Impleaded with Others.

*Denison* v. *Denison,* 96 App. Div. 418, affirmed.
(Argued October 10, 1905; decided October 27, 1905.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered September 3, 1904, which affirmed a judgment construing the will of Noel J. Becar, deceased, entered upon a decision of the court on trial at Special Term.

*Hugo Kohlman, Charles A. Runk, Francis L. Kohlman* and *Augustus N. Hand* for appellants.

*Thomas W. Butts* and *Frederick Geller* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, BARTLETT, HAIGHT, VANN and WERNER, JJ. Absent: O'BRIEN, J.